E-FILED
Friday, 14 July, 2006  03:47:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| AGCO FINANCE LLC, | § | |
| Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 06-1179 |
| MARK D. RAY, | § § § | |
| Defendant | § | |

## ORDER OF REPLEVIN

CAME ON this day, AGCO Finance LLC ("Plaintiff") and presented to the Court its Verified Complaint in Replevin and for Damages ("Complaint") against Defendant Mark D. Ray ("Ray") filed in the above-entitled and numbered cause of action.  Plaintiff, by and through its attorneys of record, presented said Complaint to the Court, and a hearing was conducted on an *ex parte* basis without notice to Defendant, based upon the Plaintiff's claims of irreparable harm if prior notice was given to Defendant.  Upon hearing, the Court made the following findings:

(1)  The above-entitled and numbered cause is pending in this Court;

(2)  Jurisdiction of this Court is founded on the diversity of the citizenship of the parties.  The plaintiff is a limited liability company, the members of which are Delaware corporations that have their principal places of business in Georgia and Pennsylvania.  The Plaintiff resides in Illinois.  The substantive law is governed by 735 ILCS 5/19-101 *et seq.*, as provided by Fed. R. Civ. P. 64.

(3)  Plaintiff seeks possession of the farm equipment ("Equipment") identified below:

| **Description** | **Make/Model** | **Serial #** |
|---|---|---|
| Tractor | MF/251XE-4 | BK24068 |
| Loader | MF/1050 | N/A |
| Tractor | MF/4355-4C | L18189 |
| Loader | MF/1070 | 576 |
| Tractor | MF/4335 | L06016 |
| Loader | MF/1070 | 395 |
| Spreader | HES/S431 | HL22131 |

| Description | Make/Model | Serial # |
|---|---|---|
| Tractor | MF/8245 | L123017 |
| Tractor | MF/8280-4C | L196048 |
| Tractor | MF/6280 | K080007 |
| Loader | MF/1080 | 344 |
| Moco | HES/1365 | HM59159 |
| Rake | HES/3986 | 3698600442 |
| Forage Wagon | H&S/18FT | 303251 |
| Forage Wagon | H&S/18FT | 303306 |
| Forage Wagon | H&S/18FT | 303252 |
| Forage Wagon | H&S/18FT | 303307 |
| Tractor | MF/6290-4C | L196014 |
| Tractor | MF/8240 | L156036 |
| Spreader | HES/S431 | HM22105 |
| Auger Wagon | DEM/750BU | 7874 |
| Tractor | MF/4360 | L21034 |
| Loader | MF/1080 | 223 |
| Batwing mower | FAH/RC151018 | 1135 |
| Wheel Loader | MF/7500 | 7500JL75149 |
| Rotary Mower | RHI/2020 | 10821 |
| Stalk Chopper | MAT MC/12FT | 57653 |
| Wheel Loader | CAT/924F | 5NN00901 |
| Wheel Loader | CAT/926E | 94Z03415 |
| Baler | HES/4900 | BB49-01091 |
| Forage Wagon | H&S/N/A | 303309 |
| Forage Wagon | H&S/N/A | 303336 |
| Bale processor | HES/BP25 | HL82113 |
| Tractor | MF/4355 | M19533 |
| Loader | MF/1070 | 1120 |
| Baler | HES/956 | HM25607 |
| Tractor | MF/4355 | M12556 |
| Loader | MF/1070 | 1129 |
| Combine | MF/8780 | 55238 |
| Tractor | MF/4355 | L42175 |
| Loader | MF/1070 | 1129 |
| Tractor | MF/6280-4C | K025029 |
| Loader | MF/1080 | 20 |
| Tractor | MF/6270 | L206026 |
| Loader | MF/1080 | 190 |
| Corn head | MF/830 | HL84343 |
| Grain head | MF/9850 | HM27550 |
| Tractor | MF/8245 | M021019 |
| Wheel Loader | MF/7500 | 7500JN75106 |
| Tractor | MF/6480 | M266003 |
| Loader | MF/1080 | 238 |
| Tractor | MF/8245 | N056016 |
| Loader | MF/1090 | 38 |
| Tractor | MF/8280 | M106003 |
| Tractor | MF/MF 6490 | N089002 |
| Loader | MF/MF 1090 | 56 |
| Tractor | MF/MF 5455 | N281004 |
| Loader | MF/N/A | 2029 |
| Tractor | MF/MF 8480 | N317012 |
| Batwing mower | MF/4115 | 4115-DA-1006 |
| Rake | HES/3983 | 3983N1127 |

2

80219678v1 7048395

(4) Plaintiff is the owner of or is otherwise lawfully entitled to possess the Equipment;

(5) Defendant is wrongfully detaining the Equipment because he has failed to make lease and installment contract payments to Plaintiff;

(6) The Verified Complaint asserts that Defendant was given notice in writing of his default on the leases and installment contracts and refused to turn over the Equipment when confronted by Defendant's Portfolio Manager, Don Olson in June 2006.

(7) The Equipment is believed to be located at 200 N. Monroe, Abingdon, Illinois 61410;

(8) As required by statute, 735 ILCS 5/19-112, Plaintiff has posted a bond in the amount of $2,546,196.00, or double the value of the Equipment that is the subject of this Order of Replevin; and

(9) Issuance of the Order of Replevin without notice to Defendant or a prior hearing is justified under the circumstances in order to protect Plaintiff from the immediately impending harm that would result from the imminent removal of the Equipment from the State of Illinois.

IT IS, THEREFORE, ORDERED that the United States Marshal shall take the Equipment listed above from possession of Defendant Ray and deliver the same to Plaintiff unless Defendant Ray executes a bond and security approved by the United States Marshal before such Equipment is actually delivered to Plaintiff.  Such bond shall be given in an amount double the value of such property and conditioned that Defendant will appear in and defend the action and will deliver the Equipment in accordance with the order of the Court in as good condition as it was when the action was commenced and that Defendant will pay only those costs and  damages that may be incurred during the time the Equipment is out of the possession of the Marshal and back in his possession and adjudged against Defendant in this action.  Such bond shall be returned to the Court by the Marshal serving the order on the day such order is returnable.

80219678v1 7048395

It is further ORDERED that the United States Marshal shall summon Defendant Ray to answer the Verified Complaint in Replevin and for Damages or otherwise appear in the action, or in case the property or any part thereof is not found and delivered to the United States Marshal, to answer to Plaintiff for the value of the same. The order for replevin may be served as a summons for a trial on the merits of the case by any person authorized to serve summons.

SO ORDERED.

Signed this 14th day of July, 2006 at 3:30 p.m.

                                                s/Michael M. Mihm
                                                Michael M. Mihm
                                                United States District Judge